

**ORDERED in the Southern District of Florida on August 20, 2010.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

BRENTWOOD OKEECHOBEE, LLC          Case No.: 10-34278-PGH

   Debtor.                          Chapter 11
_____/

**INTERIM ORDER GRANTING DEBTOR-IN POSSESSION'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND TO PROVIDE ADEQUATE PROTECTION THROUGH NOVEMBER 20, 2010 AND SCHEDULE HEARING**

THIS MATTER came before the Court for hearing on August 20, 2010 after 9:30 a.m. upon Brentwood Okeechobee, LLC's (the "**Debtor**") *Emergency Motion for Authority to Use Cash Collateral Pursuant to 11 U.S.C. § 363 and to Provide Adequate Protection and Schedule Hearing* (the "**Motion**") and Secured Creditor's, Community South Bank ("CSB") Response/Objection to Debtor's Motion and Motion to Prohibit Use of Cash Collateral or for Adequate Protection ("Response/Objection"). Having reviewed the Motion, Response/Objection of CSB, hearing argument of counsel, and the Court being otherwise fully advised in the

{1412/000/00047173}                1

premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Debtor's Motion is **GRANTED** as set forth herein.

2. <u>Use of Cash Collateral</u>. The Debtor is authorized to use cash collateral as defined in Section 363(a) of the Bankruptcy Code to pay in the ordinary course of its business for the purposes contained in the budget attached as **Exhibit "A"** (the "**Budget**") through and including November 20, 2010, provided that the Debtor timely tenders the required monthly payments to CSB as set forth herein. The Debtor is also authorized: (i) to exceed any line item on the budget by an amount equal to ten (10) percent of each such line item; or (ii) to exceed any line item by more than ten (10) percent so long as the total of all amounts in excess of all line items for the Budget do not exceed ten (10) percent in the aggregate of the total Budget.

3. <u>Replacement Liens as Adequate Protection to Secured Creditors</u>. Notwithstanding the provisions of Section 552(a) of the Bankruptcy Code, and in addition to the security interests preserved by Section 552(b) of the Bankruptcy Code, the Debtor grants in favor of the Secured Creditors[1], as security for all indebtedness that is owed by the Debtor to the Secured Creditors, under its secured documentation, but only to the extent that Secured Creditors' cash collateral is used by the Debtor, a first priority post-petition security interest and lien in, to and against all of the Debtor's assets, to the same extent that the Secured Creditors held a properly perfected prepetition security interest in such assets, which are or have been acquired, generated or received by the Debtor subsequent to the Petition Date. Under no circumstance shall the Secured Creditors have a lien on any of the Debtor's assets that it did not have a right to prepetition. The security interests granted in this Order are deemed perfected without the necessity for filing or

---

[1] All capitalized terms shall have the meaning ascribed to them in the Motion unless otherwise indicated herein.

execution of documents which might otherwise be required under non-bankruptcy law for the perfection of said security interests.

4. <u>No Novation</u>. This Order shall not cause a novation of any of Secured Creditors' secured documentation.

5. <u>Creditor Not Deemed Owner or Operator</u>. Solely by agreeing to the use of cash collateral by the Debtor, the Secured Creditors shall not be deemed to have assumed any liability to any third person, and shall not be deemed to be in control of the operations of the Debtor or to be acting as a "responsible person" or "owner or operator" with respect to the operation or management of the Debtor or of its assets.

6. <u>As additional adequate protection, the Debtor shall pay to CSB the sum of</u> $11,500.00 per month (which amount solely reflects interest-only monthly payments based on a $2.3 million dollar value referenced in the Schedules and a discounted, solely for purposes of this Order, 6% interest rate) by no later than September 5, 2010 (as to the period from August 20, 2010 through September 20, 2010), September 30, 2010 and October 31, 2010.[2]

7. <u>Non-Waiver of Rights and Remedies</u>. This Order is not intended to and shall not prejudice, alter, affect or waive any rights and/or remedies of Debtor or Secured Creditors with respect to liens, claims, value determinations and all other matters under the Bankruptcy Code or applicable non-bankruptcy law (including, but not limited to, all matters pertaining to cash and other collateral) and does not bind any subsequently appointed trustee or committee. Payment and acceptance of any payment provided herein shall not be determinative of or otherwise affect

---

[2] The Debtor agrees to offer adequate protection payments to secured Creditor, Community South Bank, at no less than interest only payments at a 7% rate based on a $2.3 million dollar amount, should the use of cash collateral be sought for the period after November 20, 2010. CSB reserves all objections to the use of cash collateral and rights as to adequate protection, and otherwise, including but not limited to requests for principal and interest adequate protection payments.

any adjudication as to the value of the Debtor's real and personal property or constitute an interest rate or amortization binding on any party and shall have no affect on any subsequent filings of CSB.

8.  <u>Duration</u>. The provisions of this Order shall remain in effect until November 25, 2010.

9.  <u>Further Hearing</u>. This Court shall hold a further hearing on the Debtor's use of cash collateral on **September 14, 2010 at 10:00 a.m.** at the United States Bankruptcy Courthouse, 1515 North Flagler Drive, 8th Floor, Courtroom A, West Palm Beach, Florida 33401.

###

**SUBMITTED BY:**
Bradley S. Shraiberg, Esq.
Shraiberg, Ferrara & Landau, P.A.
Proposed Counsel for Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

<u>Copy to:</u> Bradley S. Shraiberg, Esq., 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431.
[Attorney Shraiberg is directed to serve a copy of this Order upon all interested parties.]

## Projected Month Budget-

### Ordinary Income/Expense

| | 8/17/10 - 9/16/10 | 9/17/10 - 10/16/10 | 10/17/10 - 11/16/10 |
|---|---:|---:|---:|
| **Income** | 60,000.00 | 63,000.00 | 64,000.00 |
| Bar Revenue | 12,000.00 | 12,000.00 | 12,000.00 |
| Sales Tax | 7,200.00 | 7,560.00 | 7,680.00 |
| **Total Income** | 79,200.00 | 82,560.00 | 83,680.00 |
| **Expense** | | | |
| ADAMS REMCO | 25 | 25 | 25 |
| AMERICAN HOTEL REGISTER COMPANY | 200 | 200 | 200 |
| AT&T TELEPHONE | 250 | 250 | 250 |
| BERNIE LITTLE DISTRIBURTOR (BAR) | 2000 | 2000 | 2000 |
| BIG EASY MEDIA PRODUCTION | 200 | 200 | 200 |
| BOOKING.COM (COMMISIONS) | 100 | 100 | 100 |
| C.J WHOLESALE (BAR INVENTORY) | 500 | 500 | 500 |
| CENTURYLINK (TELEPHONE) | 750 | 750 | 750 |
| COCA COLA | 500 | 500 | 500 |
| COMMUNITY SOUTH BANK | 11,500 | 11,500 | 11,500 |
| DIRECTV | 450 | 450 | 450 |
| DISH NETWORK | 300 | 300 | 300 |
| E.T. SUPPLIES (HOTEL SUPPLIES) | 400 | 400 | 400 |
| ECOLAB (HOTEL LAUNDRY SUPP) | 300 | 300 | 300 |
| ELITE REPAIR SERVICE (MAINT LABOR) | 2000 | 2000 | 2000 |
| FERREL GAS (GAS) | 800 | 800 | 800 |
| FLORIDA DEPT OF REVENUE (SALES TAX) | 7,200.00 | 7,560.00 | 7,680.00 |
| FLORIDA POWER AND LIGHT (UTIL) | 4500 | 4500 | 4500 |
| Insurance (property) | 2000 | 2000 | 2000 |
| HOME DEPOT | 500 | 500 | 500 |
| JJ TAYLOR (BAR LIQUOR) | 1000 | 1000 | 1000 |
| J & J SNACKS | 500 | 500 | 500 |
| JOE RENTA (BAR DJ) | 2000 | 2000 | 2000 |
| MAGNUSSEN HOTEL (COMMISSIONS) | 500 | 500 | 500 |
| NATIONAL REPUBLIC | 2000 | 2000 | 2000 |
| OFFICE DEPOT | 200 | 200 | 200 |
| OKEECHOBEE OXYGEN (BAR) | 300 | 300 | 300 |
| OKEECHOBEE UTILITY AUTORITY(WATER) | 3500 | 3500 | 3500 |
| ORKIN PEST CONTROL | 215 | 215 | 215 |
| PAYROLL | 22000 | 22000 | 22000 |
| PETTY CASH | 1000 | 1000 | 1000 |
| PREMIER BEVERAGE COMPANY | 2000 | 2000 | 2000 |
| QUALITY LAWN CARE | 300 | 300 | 300 |
| S & D COFEE | 300 | 300 | 300 |
| SOUTHERN BIKE NIGHTS | 200 | 200 | 200 |
| SOUTHERN WINE & SPIRITS (BAR) | 2000 | 2000 | 2000 |
| SPRINT WIRELESS | 99 | 99 | 99 |
| SVI SYSTEMS (FIRE ALARM MONITOR) | 100 | 100 | 100 |
| WASTE MANAGEMENT | 455 | 455 | 455 |
| VISTA PRINT | 100 | 100 | 100 |
| management fee | 5000 | 5000 | 5000 |
| **Total Expense:** | 78244 | 78604 | 78724 |
| **Net Income** | 956.00 | 3,956.00 | 4,956.00 |



EXHIBIT A